**EXHIBIT C**

GENOVA & MALIN
Detailed Monthly Time Summary

**Andrea B. Malin**
ATTORNEY/PARTNER

CLIENT NAME: Morales

MONTHLY PERIOD ENDING: 6/30/13

| DATE | DESCRIPTION OF WORK PERFORMED | HOURS |
|======|===============================|=======|
| 26 | Rev'd financials for CN possibility | .5 |
| 26 | Rec'd value + mort see if 806 possible & judgment search | .4 |
| 26 | Prep 506 instruction letter | .3 |
| 26 | Prep 522(8) instruction letter | .3 |
| 26 | Prep CN instruction letter | .3 |
| 26 | Prep 506 plan provision | .1 |
| 26 | 522(8) plan provision | .1 |
| 26 | CN plan provision | .1 |

TOTAL: 2.1

Court Appearance Regarding - **B.** Review - **C.** Conference with - **D.** Draft - **E.** Deposition - **F.** Telephone Call To - **G.** Hearing -
evise - **I.** Correspondence To - **J.** Meeting With - **K.** Closing - **L.** [blank] - **M.** Research - **N.** Study and Review - **O.** Telephone
versation With - **P.** Receipt and review of - **Q.** Travel - **R.** Prepare - **S.** Telephone Conference with - **T.** Office Conference With

**Andrea B. Malin**
ATTORNEY/PARTNER

CLIENT NAME: _Morales_

MONTHLY PERIOD ENDING: 8 / 31 / 13

| DATE | DESCRIPTION OF WORK PERFORMED | HOURS |
|---|---|---|
| 8 | Download CM order + assign to service | .1 |
| 8 | Prep contact designation | .3 |
| 9 | Rec'd aff service CM order | .1 |
| 9 | Rev'd letter to client w/CM order | |
| 13 | Rev'd Not by Mortgage for CM | .1 |
| 13 | Rev'd Credit affidavit + request forms | .3 |
| 14 | Document request to debtors | .3 |
| 28 | Prepared + rev'd CM packet | .3 |
| 28 | Rev'd CM packet aff service | .1 |

13-36516
Jose + Carmen
17 Leonard St.
Beacon, NY 12508

TOTAL: (1.7)

t Appearance Regarding - B. Review - C. Conference with - D. Draft - E. Deposition - F. Telephone Call To - G. Hearing -
vise - I. Correspondence To - J. Meeting With - K. Closing - L. [blank] - M. Research - N. Study and Review - O. Telephone
versation With - P. Receipt and review of - Q. Travel - R. Prepare - S. Telephone Conference with - T. Office Conference With

**Andrea B. Malin**
ATTORNEY/PARTNER

CLIENT NAME: Morales

MONTHLY PERIOD ENDING: 9/30/13

DATE          DESCRIPTION OF WORK PERFORMED          HOURS

| Date | Description | Hours |
|------|-------------|-------|
| 16 | Rev'd creditor app & requests | .3 |
| 17 | letter client w/ abatement requests | .3 |
| 18 | Conversation w/ paralegal re: what need for compensation income | .2 |
| 20 | Conference w/ client re: compensation info | .3 |
| 23 | Rev'd financial packet | .3 |
| 24 | Rev'd app service th packet | 1 |

TOTAL: 1.5

CLIENT NAME: Morales

MONTHLY PERIOD ENDING: 10/31/13

| DATE | DESCRIPTION OF WORK PERFORMED | HOURS |
|---|---|---|
| 4 | Rev'd fin. update to packet | .2 |
| 4 | Rev'd app service of update | .1 |
| 23 | Rev'd IV status letter | .1 |
| 24 | Prepped debtor status letter | .3 |
| 28 | Rev'd additional financial packet | .3 |
| 28 | Rev'd app service to packet | .1 |
| 29 | Prep for IV Conferences | .3 |
| 30 | App @ IV Conference | .3 |
| 31 | IV follow up | .1 |

TOTAL: 1.8

A. Court Appearance Regarding - B. Review - C. Conference with - D. Draft - E. Deposition - F. Telephone Call To - G. Hearing -
H. Revise - I. Correspondence To - J. Meeting With - K. Closing - L. [blank] - M. Research - N. Study and Review - O. Telephone
Conversation With - P. Receipt and review of - Q. Travel - R. Prepare - S. Telephone Conference with - T. Office Conference With

GENOVA & MALIN
Detailed Monthly Time Summary

**Andrea B. Malin**
ATTORNEY/PARTNER

CLIENT NAME: Mrale

MONTHLY PERIOD ENDING: 11/30/13

| DATE | DESCRIPTION OF WORK PERFORMED | HOURS |
|------|-------------------------------|-------|
| 20 | Rev'd County records for judgmt/ Mortg liens | 1.5 |
| 21 | Prepared 506 Motn & Memo on 2nd | 3.5 |

TOTAL: 5.0

Court Appearance Regarding - B. Review - C. Conference with - D. Draft - E. Deposition - F. Telephone Call To - G. Hearing - evise - I. Correspondence To - J. Meeting With - K. Closing - L. [blank] - M. Research - N. Study and Review - O. Telephone ...versation With - P. Receipt and review of - Q. Travel - R. Prepare - S. Telephone Conference with - T. Office Conference With

GENOVA & MALIN
Detailed Monthly Time Summary **Andrea B. Malin**
ATTORNEY/PARTNER

CLIENT NAME: _Morales_

MONTHLY PERIOD ENDING: 12/31/13

| DATE | DESCRIPTION OF WORK PERFORMED | HOURS |
|------|-------------------------------|-------|
| 1 | Prepare 3728(?) to multiple judgmt + memo of law | 4.5 |
| 3 | Prep + Rev'd loan pay letter | .3 |
| | Rev'd UM trial offer | .3 |
| | Prep. acceptance UM letter | .1 |
| | Prep 3019 Motion UM | .5 |
| 16 | Prep for UM Conference | .3 |
| 17 | App @ UM Conference | .3 |
| 18 | UM follow up | .1 |
| 26 | Rev'd Obj to 3019 | .3 |
| 27 | Rev'd Notice Hearing date re: opposition (for getting) to 3019 + opposition w/ credits | .2 |

TOTAL: 6.9

' Court Appearance Regarding - B. Review - C. Conference with - D. Draft - E. Deposition - F. Telephone Call To - G. Hearing -
 evise - I. Correspondence To - J. Meeting With - K. Closing - L. [blank] - M. Research - N. Study and Review - O. Telephone
 ...versation With - P. Receipt and review of - Q. Travel - R. Prepare - S. Telephone Conference with - T. Office Conference With

GENOVA & MALIN
Detailed Monthly Time Summary

**Andrea B. Malin**
ATTORNEY/PARTNER

CLIENT NAME: Morales
MONTHLY PERIOD ENDING: 13/14

| DATE | DESCRIPTION OF WORK PERFORMED | HOURS |
|------|-------------------------------|-------|
| 5 | Prep 522(5) order for submission | .1 |
| 7 | Download 522(5) order assign for service | .1 |
| 14 | Prep 'm 506 Hearing | .3 |
| 14 | Prep 9019 Hearing | .3 |
| 15 | App @ 506 Hearing | .3 |
| 15 | App @ 9019 Hearing | .3 |
| 16 | 506 follow up | .1 |
| 16 | Prep order County filing 522(5) | .3 |
| 16 | Prep 9019 order w/ changes | .3 |
| 22 | Recvd Consent 9019 order | .1 |
| 24 | Download 506 order prep. for Co. filing | .4 |
| 24 | Prep fee application | 1.0 |

TOTAL: 3.6

Maryalice Ryan

CLIENT NAME: Mnales

MONTHLY PERIOD ENDING: 6 30/13

| DATE | DESCRIPTION OF WORK PERFORMED | HOURS |
|------|-------------------------------|-------|
| 28 | Rev'd 30b lette w/client + obtained Signature | .2 |
| | Rev'd LM lette w/client + obtained Signature | .2 |
| | Rev'd 522(b) lette w/client + por Signature | .2 |

**TOTAL:** .6

A. Court Appearance Regarding - **B.** Review - **C.** Conference with - **D.** Draft - **E.** Deposition - **F.** Telephone Call To - **G.** Hearing -
**H.** Revise - **I.** Correspondence To - **J.** Meeting With - **K.** Closing - **L.** [blank] - **M.** Research - **N.** Study and Review - **O.** Telephone
onversation With - **P.** Receipt and review of - **Q.** Travel - **R.** Prepare - **S.** Telephone Conference with - **T.** Office Conference With

GENOVA & MALIN
Detailed Monthly Time Summary        **Maryalice Ryan**
                                     STAFF MEMBER

CLIENT NAME: Morales, Jose + Carmen
MONTHLY PERIOD ENDING: 8/9 12013
DATE          DESCRIPTION OF WORK PERFORMED          HOURS
============================================================

| Date | Description | Hours |
|------|-------------|-------|
| 8/9 | Served LM Order + filed affid of service | 0.3 |
| 8/9 | Prep + serve LM Order w/ client letter | 0.3 |
| 8/9 | Prep + filed LM Contact Designation letter | 0.3 |
| 8/20 | Mail + e-mail LM doc, reg. letter - to debtors | 0.3 |
| 8/24 | meet w/ debtor to go over LM docs to be submitted | 0.3 |
| 8/28 | Review initial LM package, mailed + emailed package, + filed affid of service | 1.0 |

TOTAL: 2.5

A. Court Appearance Regarding - B. Review - C. Conference with - D. Draft - E. Deposition - F. Telephone Call To - G. Hearing -
H. Revise - I. Correspondence To - J. Meeting With - K. Closing - L. [blank] - M. Research - N. Study and Review - O. Telephone
Conversation With - P. Receipt and review of - Q. Travel - R. Prepare - S. Telephone Conference with - T. Office Conference With


12.8

CLIENT NAME: _Morales, Jose + Carmen_

MONTHLY PERIOD ENDING: 8 /31/ 13

| DATE | DESCRIPTION OF WORK PERFORMED | HOURS |
|------|-------------------------------|-------|
| 8\5 | Prep. LM order + Submit | 0.3 |

**TOTAL:** 0.3

A. Court Appearance Regarding - **B.** Review - **C.** Conference with - **D.** Draft - **E.** Deposition - F. Telephone Call To - **G.** Hearing -
**H.** Revise - **I.** Correspondence To - **J.** Meeting With - **K.** Closing - **L.** [blank] - **M.** Research - N. Study and Review - **O.** Telephone
Conversation With - **P.** Receipt and review of - **Q.** Travel - **R.** Prepare - **S.** Telephone Conference with - **T.** Office Conference With

**Maryalice Ryan**
STAFF MEMBER

CLIENT NAME: _Morales, Jose & Carmen_

MONTHLY PERIOD ENDING: 9 / 30 / 2013

| DATE | DESCRIPTION OF WORK PERFORMED | HOURS |
|------|-------------------------------|-------|
| 9/15 | mail & email LM doc reg (fx | 0.3 |
| 9/20 | met w/ debtors re: doc reg | 0.3 |
| 9/24 | mail & email LM package & filed affid of service | 0.3 |

TOTAL: .9

**A.** Court Appearance Regarding - **B.** Review - **C.** Conference with - **D.** Draft - **E.** Deposition - **F.** Telephone Call To - **G.** Hearing - **H.** Revise - **I.** Correspondence To - **J.** Meeting With - **K.** Closing - **L.** [blank] - **M.** Research - **N.** Study and Review - **O.** Telephone Conversation With - **P.** Receipt and review of - **Q.** Travel - **R.** Prepare - **S.** Telephone Conference with - **T.** Office Conference With

GENOVA & MALIN
Detailed Monthly Time Summary   **Maryalice Ryan**
STAFF MEMBER

CLIENT NAME: _Morales, Jose & Carme_

MONTHLY PERIOD ENDING: _10 / 31 / 2013_

| DATE | DESCRIPTION OF WORK PERFORMED | HOURS |
|------|-------------------------------|-------|
| 10/4 | LM docs to attny & filed affid of service | 0.3 |
| 10/24 | Spoke & met w/ debtor | 0.1 |
| 10/25 | Prep & filed status report | 0.3 |
| 10/29 | Prep & served lm docs & filed affidavit of service | 0.3 |
| 10/29 | Prep review w/ attny LMC | 0.3 |

TOTAL: (1.3)

CLIENT NAME: *Mrales*

MONTHLY PERIOD ENDING: 11/30/13

| DATE | DESCRIPTION OF WORK PERFORMED | HOURS |
|------|-------------------------------|-------|
| 22 | filed & served 506 Motion | 1.0 |

TOTAL: 1.0

A. Court Appearance Regarding - B. Review - C. Conference with - D. Draft - E. Deposition - F. Telephone Call To - G. Hearing - H. Revise - I. Correspondence To - J. Meeting With - K. Closing - L. [blank] - M. Research - N. Study and Review - O. Telephone Conversation With - P. Receipt and review of - Q. Travel - R. Prepare - S. Telephone Conference with - T. Office Conference With

CLIENT NAME: *Morales*

MONTHLY PERIOD ENDING: 12/31/13

| DATE | DESCRIPTION OF WORK PERFORMED | HOURS |
|------|-------------------------------|-------|
| 2 | Filed & Served 522(S) Motion | 1.0 |
| 4 | Filed & Served UM 9019 | 1.0 |

TOTAL: 2.0

A. Court Appearance Regarding - B. Review - C. Conference with - D. Draft - E. Deposition - F. Telephone Call To - G. Hearing -
H. Revise - I. Correspondence To - J. Meeting With - K. Closing - L. [blank] - M. Research - N. Study and Review - O. Telephone
Conversation With - P. Receipt and review of - Q. Travel - R. Prepare - S. Telephone Conference with - T. Office Conference With

**Maryalice Ryan**
STAFF MEMBER

CLIENT NAME: _Moralis_

MONTHLY PERIOD ENDING: 1 31 14

| DATE | DESCRIPTION OF WORK PERFORMED | HOURS |
|------|-------------------------------|-------|
| 1/14 | Prep for 9019 appearance w/ athy | 0.3 |
| 1/14 | Prep for 506 motie w/ athy | 0.3 |

**TOTAL:** 0.6

A. Court Appearance Regarding - B. Review - C. Conference with - D. Draft - E. Deposition - F. Telephone Call To - G. Hearing - H. Revise - I. Correspondence To - J. Meeting With - K. Closing - L. [blank] - M. Research - N. Study and Review - O. Telephone Conversation With - P. Receipt and review of - Q. Travel - R. Prepare - S. Telephone Conference with - T. Office Conference With



STAFF MEMBER

CLIENT NAME: Morales

MONTHLY PERIOD ENDING: 1/31/14

| DATE | DESCRIPTION OF WORK PERFORMED | HOURS |
|------|-------------------------------|-------|
| | Prepared in service & filing of fee notice & application | 1.0 |
| 24 | Prepared 506/522(f) orders for filing w/Co — Collect fees / send letter, certify order request | .6 |

TOTAL: 1.6

A. Court Appearance Regarding - B. Review - C. Conference with - D. Draft - E. Deposition - F. Telephone Call To - G. Hearing -
H. Revise - I. Correspondence To - J. Meeting With - K. Closing - L. [blank] - M. Research - N. Study and Review - O. Telephone
Conversation With - P. Receipt and review of - Q. Travel - R. Prepare - S. Telephone Conference with - T. Office Conference With

CASE NAME: Morales, Jose+ Carmen

CASE NO.

August 2013

| DATE | DOCUMENT | # COPIES | POSTAGE AMT | FAX PGS |
|------|----------|----------|-------------|---------|
| 8/9 | LM Order | 95 | 14.39 | |
| 8/9 | Client letter | 6 | 0.66 | |
| 8/9 | Contact Designation ltr | 1 | | |
| 8/20 | LM doc reg. ltr | 10 | 1.06 | |
| 8/20 | LM initial docs. to attny | 75 | 3.23 | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

TOTALS:

187

@ $0.20 per page
= 18.70
copies

postage amount
= 19.34
postage

@ $0.50 per page
=
fax

TOTAL EXPENSES = 38.04

CASE NAME: *Morals*
CASE NO.

Maryalice Ryan

| DATE | DOCUMENT | # COPIES | POSTAGE AMT | FAX PGS |
|------|----------|----------|-------------|---------|
| 9/15 | LM doc req | 2 | 0.46 | |
| 9/24 | LM docs to atty | 30 | 2.12 | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

TOTALS:

| 32 @ $0.10 per page = $3.20 copies | postage amount = 2.58 postage | @ $0.50 per page = ___ fax |
|---|---|---|

**TOTAL EXPENSES =** $5.78

CASE NAME: Mnale

CASE NO.

11/30/13

| DATE | DOCUMENT | # COPIES | POSTAGE AMT | FAX PGS |
|------|----------|----------|-------------|---------|
| 11/22 | 506 Motion & Memo | 45 X 5 | 2.98 X 4 | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

TOTALS:

| @ $0.10 per page | postage amount | @ $0.50 per page |
|------------------|----------------|------------------|
| = 22.50 copies | = 11.92 postage | = fax |

TOTAL EXPENSES = 34.42

CASE NAME: Morales, Jose + Carmen
CASE NO. October 2013    Maryalice Ryan

| DATE | DOCUMENT | # COPIES | POSTAGE AMT | FAX PGS |
|------|----------|----------|-------------|---------|
| 10/4 | LM docs to attny | 4 | 0.46 | |
| 10/25 | Status report filed | 2 | 0.44 | |
| 10/29 | LM docs to attny | 2 | 0.46 | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| TOTALS: | | 8 | | |

| @ $0.10 per page | postage amount | @ $0.50 per page |
|------------------|----------------|------------------|
| = .80 copies | = 1.38 postage | = fax |

**TOTAL EXPENSES** = $2.18

CASE NAME: morales

CASE NO.

12/31/13

| DATE | DOCUMENT | # COPIES | POSTAGE AMT | FAX PGS |
|------|----------|----------|-------------|---------|
| 12/2 | 5228) | 43 x 7 | 5.80 certy mail / 5.85 x 5 | 7.5 |
| 12/4 | 9019 LM | 15 x 36 | 1.98 x 36 | 71.28 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

TOTALS:

| @ $0.10 per page = 87.10 copies | postage amount = 93.33 postage | @ $0.50 per page = ___ fax |
|---|---|---|

TOTAL EXPENSES = 180.43

CASE NAME: Morales

1/31/14

CASE NO.

| DATE | DOCUMENT | # COPIES | POSTAGE AMT | FAX PGS |
|------|----------|----------|-------------|---------|
| 1/23 | Jtup 9019 | | | 3 |
| | Fee notice | 38 | 37 x .46 | 7.02 |
| | Fee application | 30 x 4 | 9.05 x 3 | 10.15 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

OTALS:

| @ $0.10 per page | postage amount | @ $0.50 per page |
|------------------|----------------|------------------|
| = 158.00 copies | = 23.17 postage | = 1.50 fax |

3/.50

TOTAL EXPENSES = 40.47