## SCHEDULE C

Case No.: 13-36516 (CGM)          Chapter 13 Fee Application
Case Name: Jose O. and Carmen M. Morales     June 26, 2013 through February 20, 2014

| (1) Applicant | (2) Initial Fee Charged | (3) Amount of Initial Fee Paid | (4) Amount of Initial Fee Filed as Administrative Claim | (5) Amount of Initial Expenses Collected | (6) Additional Fees Requested | (7) Additional Expenses Requested | (8) Amount of Additional Fee Awarded | (9) Amount of Additional Expenses Awarded |
|---|---|---|---|---|---|---|---|---|
| Genova & Malin | $3,500.00 | $2,500.00 | $1,000.00 | $281.00 (filing fee) | $8,885.00 | $301.32 | $8,885.00 | $301.32 |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |